No. 73–5694. ANDRADE-GAMIZ *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded with directions to dismiss cause as moot.

No. A–928. OHMERT *v.* YOUNG ET AL. Sup. Ct. Cal. Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–1026. BELLI *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Application for stay of judgment, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 27, Orig. OHIO *v.* KENTUCKY, 410 U. S. 641, 414 U. S. 989. Second motion of State of Ohio for reconsideration of order of March 5, 1973, denied.

No. 36, Orig. TEXAS *v.* LOUISIANA. Motion of City of Port Arthur, Texas, for leave to intervene granted, and motion for a more definite statement denied. [For earlier orders herein, see, *e. g., ante,* p. 903.]

No. 73–187. KEWANEE OIL CO. *v.* BICRON CORP. ET AL. C. A. 6th Cir. [Certiorari granted, 414 U. S. 818.] Motion of SCM Corp. for leave to file supplemental brief as *amicus curiae* after argument denied.

No. 73–296. HUFFMAN ET AL. *v.* PURSUE, LTD. Appeal from D. C. N. D. Ohio. [Probable jurisdiction noted, 415 U. S. 974.] Motion of appellants for leave to utilize portions of record printed for use as an appendix to jurisdictional statement in preparing single appendix as required by Rule 17 of the Rules of this Court denied.